B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DeBruyn, William P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4614** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**219 Hawthorne Court, Unit A2**<br>**Schaumburg, IL**<br>ZIP Code **60193** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DeBruyn, William P** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David Freydin                                      March 29, 2011** <br> Signature of Attorney for Debtor(s)                    (Date) <br> **David Freydin** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**DeBruyn, William P**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William P DeBruyn**
Signature of Debtor  **William P DeBruyn**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 29, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ David Freydin**
Signature of Attorney for Debtor(s)

**David Freydin 6286192**
Printed Name of Attorney for Debtor(s)

**Law Offices of David Freydin, Ltd.**
Firm Name

**4433 West Touhy
Suite 405
Lincolnwood, IL 60712**
Address

**Email: david.freydin@freydinlaw.com**
**888-536-6607  Fax: 866-575-3765**
Telephone Number

**March 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William P DeBruyn**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William P DeBruyn**
                             **William P DeBruyn**

Date:    **March 29, 2011**

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William P DeBruyn**                                                    ,        Case No. _____
                                              Debtor

                                                                                          Chapter                              **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 160,000.00 | | |
| B - Personal Property | Yes | 3 | 1,461.69 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 7,762,912.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 38,533,851.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,084.45 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,288.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 161,461.69 | | |
| Total Liabilities | | | | 46,296,763.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William P DeBruyn**
_____,
                                    Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

   Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **William P DeBruyn**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condominium;**<br>**Location: 300 S. Roselle Rd., Unit 515,**<br>**Schaumburg, IL** | **Joint Tenant with Anita Goyal, former spouse** | - | **30,000.00** | **7,642,912.00** |
| **Condominium;**<br>**219 Hawthorne CT, #A2, Schaumburg, Illinois** | **Fee Simple** | - | **130,000.00** | **120,000.00** |

| | | | |
|---|---|---|---|
| Sub-Total > | **160,000.00** | (Total of this page) |
| Total > | **160,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **William P DeBruyn**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Currency** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Bank of America, held jointly with Anita Goyal** | - | 0.00 |
| | | **Checking account at First American Bank, held jointly with Anita Goyal** | - | 0.00 |
| | | **Checking account at First American Bank** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          100.00
(Total of this page)

  **2**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William P DeBruyn**                                          ,       Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **E-Trade IRA account** | **-** | **1,361.69** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **1,361.69**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **William P DeBruyn** _____,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **1,461.69** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/10)

.

In re   **William P DeBruyn**
_____,    Case No. _____
                  Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Currency** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **E-Trade IRA account** | **735 ILCS 5/12-1006** | **1,361.69** | **1,361.69** |
| | Total: | **1,461.69** | **1,461.69** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **William P DeBruyn**                                                                              Case No. _____
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Judgment Lien** | | | | | |
| **Albany Bank and Trust Company c/o Jeffrey W. Finke 55 West Wacker Drive, Suite 1400 Chicago, IL 60601** | | - | **Condominium; Location: 300 S. Roselle Rd., Unit 515, Schaumburg, IL** | | | | | |
| | | | Value $            **30,000.00** | | | | **6,800,000.00** | **6,788,912.00** |
| Account No. | | | **Jugement Lien** | | | | | |
| **Antique Place Condo Association c/o Pittacora & Crotty 223 W. Jackson, Unit 412 Chicago, IL 60606** | | - | **Condominium; Location: 300 S. Roselle Rd., Unit 515, Schaumburg, IL** | | | | | |
| | | | Value $            **30,000.00** | | | | **644,000.00** | **644,000.00** |
| Account No. | | | **First Mortgage** | | | | | |
| **Bank of America Home Loans AZ1-807-01-19 1515 W. 14th St. Tempe, AZ 85281** | | - | **Condominium; 219 Hawthorne CT, #A2, Schaumburg, Illinois** | | | | | |
| | | | Value $          **130,000.00** | | | | **120,000.00** | **0.00** |
| Account No. | | | **First Mortgage** | | | | | |
| **GMAC Mortgage 3451 Hammond Ave. PO BOX 780 Waterloo, IA 50704-0780** | | - | **Condominium; Location: 300 S. Roselle Rd., Unit 515, Schaumburg, IL** | | | | | |
| | | | Value $            **30,000.00** | | | | **18,912.00** | **0.00** |

| | | | |
|---|---|---|---|
| __1__ continuation sheets attached | Subtotal (Total of this page) | **7,582,912.00** | **7,432,912.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **William P DeBruyn**                                               ,   Case No. _____
                                                                  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Judgement Lien** | | | | | |
| **Phil Cohen and Edward Reed c/o Fred Harbecke 29 S. LaSalle St., Suite 945 Chicago, IL 60603** | - | | **Condominium; Location: 300 S. Roselle Rd., Unit 515, Schaumburg, IL** | | | | | |
| | | | Value $ **30,000.00** | | | | **180,000.00** | **180,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **180,000.00** | **180,000.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **7,762,912.00** | **7,612,912.00** |

B6E (Official Form 6E) (4/10)

.

In re   **William P DeBruyn**                                                      ,   Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>      1      </u>  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **William P DeBruyn**                                          ,      Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cook County Treasurer** <br> **118 N. Clark Street, Suite 112** <br> **Chicago, IL 60602** | - | | | | | | **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | |

B6F (Official Form 6F) (12/07)

In re  **William P DeBruyn** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **2435 W Belmont Development** <br> **333 W Wacker Dr, Suite 1600** <br> **Chicago, IL 60606** | - | | | | | | | 1,000,000.00 |
| Account No. <br><br> **A B Hardwood Flooring, Inc.** <br> **2238 N 73rd Court** <br> **Elmwood Park, IL 60707** | | | | | | | | 6,000.00 |
| Account No. <br><br> **A.M & P.M. Plumbing** <br> **c/o David Richardson** <br> **4258 W. 63rd St.** <br> **Chicago, IL 60629** | - | | | | | | | 25,000.00 |
| Account No. <br><br> **Aces Environmental Consulting Group** <br> **Jay Levy** <br> **P.O. Box 1181** <br> **Evanston, IL 60201** | - | | | | | | | 5,000.00 |

__30__  continuation sheets attached

Subtotal
(Total of this page)   **1,036,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:38484-110128    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __William P DeBruyn_____ ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Advance Refrigeration Co 1177 Industrial Drive Bensenville, IL 60106 | - | | | | | | | 11,000.00 |
| Account No. | | | | | | | | |
| Aetna P.O. Box 981107 El Paso, TX 79998 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Affiliated Radiologists SC Dept 4104 Carol Stream, IL 60122-4104 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| Africk Chez PC 770 Lake Cook Rd. Suite 350 Deerfield, IL 60015 | - | | | | | | | 20,000.00 |
| Account No. | | | | | | | | |
| Albany Park 55 West Wacker Drive, #1400 Chicago, IL 60601 | - | | | | | | | 6,800,000.00 |

Sheet no. __1___ of __30__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)          6,831,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Alec Coxe** **1901 Dayton St** **Chicago, IL 60614** | - | | | | | | 600,000.00 |
| Account No. | | | | | | | |
| **Alert Protective Services** **3833 N Cicero Ave** **Chicago, IL 60641** | - | | | | | | 4,000.00 |
| Account No. | | | | | | | |
| **Alexian Brothers** **800 Biesterfield** **Elk Grove Village, IL 60007** | - | | | | | | 400.00 |
| Account No. | | | | | | | |
| **Alexian Brothers** **3350 Salt Creek Lane** **Arlington Heights, IL 60005** | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| **Alma Property Management** **1732 W Wise Rd** **Schaumburg, IL 60193** | - | | | | | | Unknown |

Sheet no. __2__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

604,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**
_____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **AMCA** 4 Westchester Plaza, Building 4 Elmsford, NY 10523 | - | | | | | | | 90.00 |
| Account No. **American Express** PO BOX 53852 Phoenix, AZ 85072-3852 | - | | | | | | | 15,000.00 |
| Account No. **American Medical Collection Agency** P.O. Box 1234 Elmsford, NY 10523 | - | | | | | | | 150.00 |
| Account No. **Andy Demonz** c/o C-Tec 3023 N Clark St, Suite #140 Chicago, IL 60657 | - | | | | | | | 3,000.00 |
| Account No. **Antique Place Condo Assoc.** c/o Melissa Goldberg 2238 W Belmont #4C Chicago, IL 60618 | - | | | | | | | 650,000.00 |

Sheet no. __3___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **668,240.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Anvaar Nasirov** <br>**6507 N Greenview Ave** <br>**Chicago, IL 60626** | - | | | | | | 250,000.00 |
| Account No. <br><br>**Armor System Corp.** <br>**1700 Kiefer Dr, #1** <br>**Zion, IL 60099** | - | | | | | | 200.00 |
| Account No. <br><br>**Assurant Health** <br>**P.O. Box 1599** <br>**Boise, ID 83701** | - | | | | | | 200.00 |
| Account No. <br><br>**AT & T, Inc.** <br>**PO Box 8100** <br>**Aurora, IL 60507** | - | | | | | | 1,000.00 |
| Account No. <br><br>**Axis Response Group, LLC** <br>**PO BOX 597379** <br>**Chicago, IL 60659** | - | | | | | | 8,000.00 |

Sheet no. __4___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          259,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Azodina Faramarz M** **15 Salt Creek Ln, #207** **Hinsdale, IL 60521** | - | | | | | | | 300,000.00 |
| Account No. | | | | | | | | |
| **Bank of America** **P.O. BOX 5170** **Simi Valley, CA 93062** | - | | | | | | | 170,000.00 |
| Account No. | | | | | | | | |
| **Bank of America** **PO BOX 53150** **Phoenix, AZ 85072** | - | | | | | | | 3,700.00 |
| Account No. | | | | | | | | |
| **Barmann, Bohle, Jacobi Cieslik** **200 E. Court St.** **Suite 602** **Kankakee, IL 60901** | - | | | | | | | 3,000.00 |
| Account No. | | | | | | | | |
| **Belmont Investor** **1502 W Chicago Ave** **Chicago, IL 60622** | - | | | | | | | 100,000.00 |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

576,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                            ,      Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bill Sanderic**<br>**1200 199th St**<br>**Whiting, IN 46394** | | - | | | | | | 60,000.00 |
| Account No.<br><br>**Bob & Sharon McCarthy**<br>**965 Lambrecht Road**<br>**Frankfort, IL 60423** | | - | | | | | | 390,000.00 |
| Account No.<br><br>**Bob Redlinski**<br>**4641 Laurel Ave**<br>**Glenview, IL 60025** | | - | | | | | | 250,000.00 |
| Account No.<br><br>**Built Best Fence Co., Inc.**<br>**615 W Factory Rd**<br>**Addison, IL 60101** | | - | | | | | | 6,800.00 |
| Account No.<br><br>**CBE Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | - | | | | | | 3,611.00 |

Sheet no. __6__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **710,411.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                              ,      Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Central Door Distributor** **150 State Street** **Calumet City, IL 60409** | - | | | | | | | |
| | | | | | | | | **6,000.00** |
| **Account No.** | | | | | | | | |
| **Cherise Kennerly** **c/o ROI Marketing** **223 Brampton Lane** **Lake Forest, IL 60045** | - | | | | | | | |
| | | | | | | | | **3,000.00** |
| **Account No.** | | | | | | | | |
| **Chicago Building Products** **c/o James E. West** **2111 W Belle Plaine** **Chicago, IL 60618** | - | | | | | | | |
| | | | | | | | | **10,000.00** |
| **Account No.** | | | | | | | | |
| **Chicago Title Land Trust Com** **171 N Clark #575** **Chicago, IL 60601** | - | | | | | | | |
| | | | | | | | | **5,000.00** |
| **Account No.** | | | | | | | | |
| **Chicago Town Construction** **Thomas D Resnick** **345 N Quentin Rd** **Palatine, IL 60067** | - | | | | | | | |
| | | | | | | | | **20,000.00** |

Sheet no. __7___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **44,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Children's Health Associates** **800 Biesterfield, #105** **Elk Grove Village, IL 60007** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **CitiBank, N.A.** **PO Box 790110** **Saint Louis, MO 63179-0110** | - | | | | | | 6,900.00 |
| Account No. | | | | | | | |
| **CitiBank, N.A.** **PO Box 790110** **Saint Louis, MO 63179-0110** | - | | | | | | 6,500.00 |
| Account No. | | | | | | | |
| **City of Chicago** **Administrative Hearings Collections** **121 N. LaSalle St., Room 107A** **Chicago, IL 60602** | - | | | | | | 5,200.00 |
| Account No. | | | | | | | |
| **Computer Credit, Inc.** **Claims Department 009500** **640 West Fourth Street** **Winston Salem, NC 27113** | - | | | | | | 2,877.00 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,577.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Conrad Delatour Associates** <br> **1221 E Rand Rd** <br> **Des Plaines, IL 60016** | - | | | | | | | 8,000.00 |
| Account No. <br><br> **Constant J Centella** <br> **14720 Route 173** <br> **Zion, IL 60099** | - | | | | | | | 400,000.00 |
| Account No. <br><br> **Contractors Access Equipment** <br> **Juan Gentil, 2222 S Halsted** <br> **Chicago, IL 60608** | - | | | | | | | 22,000.00 |
| Account No. <br><br> **Contractors Access Equipment** <br> **222 S Halsted St** <br> **Chicago, IL 60608** | - | | | | | | | 14,000.00 |
| Account No. <br><br> **Corp-Link Services, Inc** <br> **118 W Edwards St, #200** <br> **Springfield, IL 62704** | - | | | | | | | 2,500.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 446,500.00 |
|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __William P DeBruyn_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Crane Solution 303 West Madison Suite 1925 Chicago, IL 60606 | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| Dailey Electric Co., Inc. 702 S Vermont Palatine, IL 60074 | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| David Chaiken 111 W Washington St, # 823 Chicago, IL 60602 | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| Delias c/o Check Collection of America 2650 Fountainview, #225 Houston, TX 77057 | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| DeLuxe Business Checks 9298 Central Ave NE # 310 Minneapolis, MN 55434 | - | | | | | | 500.00 |

Sheet no. __10__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DemoX Inc. 1618 Stodart Ave Wheaton, IL 60187 | - | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| Donald Arenson c/o Merchants Credit Guide Co 223 W Jackson Blvd, #400 Chicago, IL 60606 | - | | | | | | | 1,100.00 |
| Account No. | | | | | | | | |
| Elk Grove Radiology 75 Remittance Dr, #6500 Chicago, IL 60675 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Frank Bucchi c/o Polachek & Polachek 1000 Hart Rd, #300 Barrington, IL 60010 | - | | | | | | | 15,000.00 |
| Account No. | | | | | | | | |
| Gilbert Y. Liss 39 S LaSalle St, #605 Chicago, IL 60603 | - | | | | | | | 50,000.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          76,200.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                                    ,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GLM Financial Group** <br>**20856 N Rand Rd** <br>**Barrington, IL 60010** | - | | | | | | 80,000.00 |
| Account No. <br><br>**GMAC Mortgage** <br>**P.O. BOX 4622** <br>**Waterloo, IA 50704** | - | | | | | | 30,000.00 |
| Account No. <br><br>**Gordon and Pikarski** <br>**303 W. Madison** <br>**Suite 1800** <br>**Chicago, IL 60606** | - | | | | | | 50,000.00 |
| Account No. <br><br>**Granite Fab** <br>**Barone & Jenkins** <br>**635 Butterfield Rd, #145** <br>**Villa Park, IL 60181** | - | | | | | | 12,000.00 |
| Account No. <br><br>**Greco's Landscaping** <br>**P.O. Box 56187** <br>**Chicago, IL 60656** | - | | | | | | 1,000.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    173,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **William P DeBruyn** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **H.E. Stark Agency Inc.** <br> **6425 Odana Rd** <br> **Madison, WI 53719** | - | | | | | | 14,000.00 |
| Account No. <br><br> **Harmata Jozef** <br> **c/o Kipnis Khan & Bruggeman** <br> **20 N Clark St** <br> **Chicago, IL 60602** | - | | | | | | 8,000.00 |
| Account No. <br><br> **Heller Lumber Co., Inc.** <br> **24 N Hickory Ave** <br> **Arlington Heights, IL 60004** | - | | | | | | 5,000.00 |
| Account No. <br><br> **Higgins Road Sales, Inc** <br> **c/o Robert E. Neiman** <br> **77 W Wacker Dr. Suite 200** <br> **Chicago, IL 60601** | - | | | | | | 1,500.00 |
| Account No. <br><br> **ICS Collection Services** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | - | | | | | | 25.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)        28,525.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| IDM Group 832 W Erie St Chicago, IL 60642 | - | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| Insutech 3601 S Wood Street Chicago, IL 60632 | - | | | | | | | 800.00 |
| Account No. | | | | | | | | |
| J K Financial Company John Karambelas 7 Sorrento Dr Palos Heights, IL 60463 | - | | | | | | | 15,000.00 |
| Account No. | | | | | | | | |
| James M. Manenski 710 San Ysidro Blvd, #4410 San Ysidro, CA 92173 | - | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| JC Penny P.O. Box 10001 Dallas, TX 75301 | - | | | | | | | 1,000.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                                    ,          Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| John O'Leary 20 S Clark St, #500 Chicago, IL 60603 | - | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| John Spot Portable 5130 N Elston Ave Chicago, IL 60630 | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| Joseph A. Baldi and Associates c/o Donna Wallace 19 S. LaSalle Suite 1500 Chicago, IL 60603 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| Kolnicki, Peterson, Wirth, LLC 1400 Opus Place, #100 Downers Grove, IL 60515 | - | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Lakeshore Spine & Pain 5511 W U.S. 10 Ludington, MI 49431 | - | | | | | | | 200.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **105,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                              ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lakeside Bank Community Development c/o Vincent J. Tolve 55 W. Wacker Dr Chicago, IL 60601** | - | | | | | | | **10,000,000.00** |
| Account No. | | | | | | | | |
| **Lee Lumber 3259 N Kedzie Ave Chicago, IL 60618** | - | | | | | | | **1,000.00** |
| Account No. | | | | | | | | |
| **Lexington Green  Condo P.O. Box 589 Itasca, IL 60143** | - | | | | | | | **2,000.00** |
| Account No. | | | | | | | | |
| **Lexington Green Condo Association 890 East Higgins Rd, #154 Schaumburg, IL 60173** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lifetime Fitness 900 E Higgins Rd Schaumburg, IL 60173** | - | | | | | | | **100.00** |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,003,100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                          ,     Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **LIM in Sook** c/o Rotman Elovitz 134 N LaSalle St Chicago, IL 60602 | - | | | | | | | 20,000.00 |
| **Account No.** | | | | | | | | |
| **Lincoln Park Savings Bank** 1946 W Irving Park Rd Chicago, IL 60613 | - | | | | | | | 1,300,000.00 |
| **Account No.** | | | | | | | | |
| **Lohmar Law Offices** 111 W. Washington Suite 823 Chicago, IL 60602 | - | | | | | | | 150,000.00 |
| **Account No.** | | | | | | | | |
| **Macedonio Luna** c/o Jeffrey Deutschman 77 W. Washington Suite 1525 Chicago, IL 60602 | - | | | | | | | 50,000.00 |
| **Account No.** | | | | | | | | |
| **Malcolm S. Gerald and Associates** 332 South Michigan Ave Suite 600 Chicago, IL 60604 | - | | | | | | | 500.00 |

Sheet no. __17__ of __30__ sheets attached to Schedule of                    Subtotal     | 1,520,500.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Malcolm S. Gerald and Associates** <br> **332 South Michigan Ave** <br> **Suite 600** <br> **Chicago, IL 60604** | - | | | | | | 200.00 |
| Account No. <br><br> **Mark Graff** <br> **217 Dorchester Court** <br> **Waukegan, IL 60085** | - | | | | | | 400,000.00 |
| Account No. <br><br> **Medical Care Group** <br> **P.O. Box 0404** <br> **Des Plaines, IL 60016** | - | | | | | | 700.00 |
| Account No. <br><br> **Medical Care Group Ltd.** <br> **600 S Paulina St #130** <br> **Chicago, IL 60612-3806** | - | | | | | | 700.00 |
| Account No. <br><br> **Merrimack Mutual Fire, Inc.** <br> **c/o Suburban Insurance Const, Inc** <br> **2170 Pointe Blvd, #600** <br> **Elgin, IL 60123** | - | | | | | | 200.00 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

401,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Michael H. Nadler** **20 Barnard Lane** **Highland Park, IL 60035** | - | | | | | | 8,000.00 |
| Account No. **Morgante Wilson Architects, Ltd.** **2834 Central St** **Evanston, IL 60201-1222** | - | | | | | | 10,000.00 |
| Account No. **Music & Art Centers** **Collections Department** **P.O. Box 351** **Frederick, MD 21703** | - | | | | | | 500.00 |
| Account No. **Nationwide Credit & Collection, Inc** **P.O. Box 3159** **Hinsdale, IL 60522** | - | | | | | | 153.00 |
| Account No. **Nautilius Insurance** **c/o Brenna & Clark** **721 E. Madison, Suite 200** **Villa Park, IL 60181** | - | | | | | | 5,000.00 |

Sheet no. _**19**_ of _**30**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,653.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                    ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **New 35th & Western Currency Exchang** 3500 S Western Ave Chicago, IL 60609 | - | | | | | | | 2,800.00 |
| Account No. | | | | | | | | |
| **New City Bank** 900 S Michigan Ave Chicago, IL 60605 | - | | | | | | | 2,200,000.00 |
| Account No. | | | | | | | | |
| **Ninh Ma, Ltd** 5041 N Broadway, Suite #200 Chicago, IL 60640 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **North Star Trust Co** 500 W. Madison St #3150 Chicago, IL 60661 | - | | | | | | | 4,000.00 |
| Account No. | | | | | | | | |
| **Northbrook Bank & Trust** Loan Department 1100 Waukegan Rd Northbrook, IL 60062 | - | | | | | | | 400.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,208,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northside Community Bank** <br> **205 W Wacker Dr #2** <br> **Chicago, IL 60606** | - | | | | | | 2,700,000.00 |
| Account No. <br><br> **Northwest Community Hospital** <br> **PO BOX 95698** <br> **Chicago, IL 60694-5698** | - | | | | | | 500.00 |
| Account No. <br><br> **Northwest Rheumatology** <br> **800 Biesterfield Rd, #4003** <br> **Elk Grove Village, IL 60007** | - | | | | | | 800.00 |
| Account No. <br><br> **Nova Urgent Care** <br> **21785 Filigree Ct, #100** <br> **Ashburn, VA 20147** | - | | | | | | 100.00 |
| Account No. <br><br> **onShore Networks, LLC** <br> **1407 W Chicago Ave** <br> **Chicago, IL 60642** | - | | | | | | 10,000.00 |

Sheet no. __21__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,711,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Park National Bank Trust** <br> **2958 N. Milwaukee Ave** <br> **Chicago, IL 60618** | - | | | | | | | 500,000.00 |
| Account No. <br><br> **Parkway Bank and Trust** <br> **4800 N. Harlem Ave.** <br> **Harwood Heights, IL 60706** | - | | | | | | | 4,500,000.00 |
| Account No. <br><br> **Peoples Energy** <br> **ATTN: Customer Service** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | - | | | | | | | 20,000.00 |
| Account No. <br><br> **Phieu Tran, Kien Tran, Sam Trinh** <br> **6728 N Monticello Ave** <br> **Lincolnwood, IL 60712** | - | | | | | | | 400,000.00 |
| Account No. <br><br> **Phil Cohen/Reed Edwards** <br> **c/o Fred Harbecke** <br> **29 S LaSalle St, #945** <br> **Chicago, IL 60603** | - | | | | | | | 180,000.00 |

Sheet no. __22__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 5,600,000.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **William P DeBruyn**                                      ,      Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pioneer Engineering & Enviromental 700 N Sacramento Blvd #101 Chicago, IL 60612** | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| **Prafulla Koneru 1555 N Barrington Rd, #540 Hoffman Estates, IL 60169** | - | | | | | | 20.00 |
| Account No. | | | | | | | |
| **Professionals Associated Survey Inc 7100 Tripp Ave Lincolnwood, IL 60712** | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| **Quest Diagnostics P.O.Box 809403 Chicago, IL 60680** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **Raven Pick 11 n. Schoenbeck Rd Prospect Heights, IL 60070** | - | | | | | | 5,000.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,120.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **RCN** c/o Goodwin & Bryan, LLP P.O. Box 26094 Fairview Park, OH 44126 | - | | | | | | 1,500.00 |
| Account No. | | | | | | | |
| **RCS** P.O. Box 77229 Westchester, IL 60154 | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| **Robert Orman** One North LaSalle St , # 1775 Chicago, IL 60602 | - | | | | | | 3,000.00 |
| Account No. | | | | | | | |
| **Roberts and Weddle, LLC** 111 N Canal #885 Chicago, IL 60606 | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| **Rush University Medical Center** 1700 West Van Buren St. Suite 161 TOB Chicago, IL 60612-3244 | - | | | | | | 1,000.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          10,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Rush University Medical Center** **1700 West Van Buren St.** **Suite 161 TOB** **Chicago, IL 60612-3244** | - | | | | | | | 7,500.00 |
| Account No. **Rush University Medical Center** **1700 West Van Buren St.** **Suite 161 TOB** **Chicago, IL 60612-3244** | - | | | | | | | 3,500.00 |
| Account No. **Rush University Medical Center** **75 Remittance Dr.** **Dept. 1611** **Chicago, IL 60675-6379** | - | | | | | | | 1,125.00 |
| Account No. **Sam Fakhouri** **1820 Ridge Rd, Suite #217** **Homewood, IL 60430** | - | | | | | | | 350,000.00 |
| Account No. **Schaaf Windows** **Hoogendoorn & Talbot LLC** **122 S. Michigan Suite 1220** **Chicago, IL 60603** | - | | | | | | | 7,000.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              369,125.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Schain, Burney, Ross & Citron, Ltd. 222 N LaSalle St, #1910 Chicago, IL 60601 | - | | | | | | | 9,200.00 |
| Account No. | | | | | | | | |
| Soto Insulation, Inc. 4323 S Western Blvd Chicago, IL 60609-3012 | - | | | | | | | 8,000.00 |
| Account No. | | | | | | | | |
| SP Engineers Ltd. c/o Michael A. Manges 7246 W Touhy Ave Chicago, IL 60631 | - | | | | | | | 4,000.00 |
| Account No. | | | | | | | | |
| State Collection Services 628 North St Geneva, IL 60134 | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| Steven T. Adelstein 1585 N Barrington Rd, #503 Hoffman Estates, IL 60169 | - | | | | | | | 100.00 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re __William P DeBruyn_____,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Supera Family, LLC** <br> **c/o Donald J Russ, JR** <br> **30 S Wacker Dr, #2600** <br> **Chicago, IL 60606** | - | | | | | | 50,000.00 |
| Account No. <br><br> **Supera Family, LLC** <br> **c/o Donald J. Russ, JR** <br> **30 S Wacker Dr, #2600** <br> **Chicago, IL 60606** | - | | | | | | 800,000.00 |
| Account No. <br><br> **Tempo Components** <br> **110 Brennan Dr** <br> **Kirkland, IL 60146** | - | | | | | | 8,000.00 |
| Account No. <br><br> **The Blueprint Shoppe** <br> **5130 N Elston Ave** <br> **Chicago, IL 60630** | - | | | | | | 4,500.00 |
| Account No. <br><br> **The Medical Care Group** <br> **P.O. Box 0404** <br> **Des Plaines, IL 60016** | - | | | | | | 700.00 |

Sheet no. __27__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    863,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William P DeBruyn**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Tom Welsh** **W P Myers Architecture** **1322 E 49th Street** **Chicago, IL 60615** | - | | | | | | | **7,000.00** |
| Account No. | | | | | | | | |
| **Town Square Condominium** **1732 W. Wise Rd** **Schaumburg, IL 60193** | - | | | | | | | **1,000.00** |
| Account No. | | | | | | | | |
| **Tran Phiu** **7628 N Monticell Ave** **Lincolnwood, IL 60712** | - | | | | | | | **300,000.00** |
| Account No. | | | | | | | | |
| **Transworld Systems** **P.O. Box 15520** **Wilmington, DE 19850** | - | | | | | | | **300.00** |
| Account No. | | | | | | | | |
| **True Green** **525 Busse Highway** **Park Ridge, IL 60068** | - | | | | | | | **100.00** |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**308,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William P DeBruyn**                                                    ,        Case No. _____

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **University Pathologists, PC c/o Robert Patrick Decrese 1653 W. Congress Parkway Chicago, IL 60612** | - | | | | | | 100.00 |
| Account No. **Urchell and Associates 10442 S Talman Ave Chicago, IL 60655** | - | | | | | | 3,000.00 |
| Account No. **Village of Schaumburg 101 Schaumburg Ct Schaumburg, IL 60193** | - | | | | | | 200.00 |
| Account No. **Washington Mutual PO Box 78065 Phoenix, AZ 85062-8065** | - | | | | | | 320,000.00 |
| Account No. **Wexford Equity Partners c/o National Registered Agents 200 West Adams St. Chicago, IL 60606** | - | | | | | | 2,500,000.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,823,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re **William P DeBruyn**                                      ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Wm F. Meyer Co. Alschuler, Simantz & Hem 1961 W. Downer Place Aurora, IL 60506 | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| Wrightwood Park Terrace Condo Assoc c/o Tom Porter 1555 Montana St., Unit 2N Chicago, IL 60614 | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| Yaroslav Komarskyy 2105 W Chicago Ave Chicago, IL 60622 | - | | | | | | 7,000.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 27,000.00 |
| Total (Report on Summary of Schedules) | | 38,533,851.00 |

B6G (Official Form 6G) (12/07)

.

In re    **William P DeBruyn**                                                  ,    Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **William P DeBruyn**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **William P DeBruyn**                                                      Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Orbital Sciences Corp.** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **11,624.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **11,624.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **2,787.43** | $ | **N/A** |
| b. Insurance | $ | **367.34** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify):    **Child Support Garnishment** | $ | **6,384.78** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **9,539.55** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,084.45** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,084.45** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,084.45** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **William P DeBruyn**                                      Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 700.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 50.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 100.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 60.00 |
| 4. Food | | $ | 250.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 1,300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 70.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 35.00 |
| b. Life | | $ | 160.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 163.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 500.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 450.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Assessment** | | $ | 260.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $   4,288.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,084.45 |
| b.   Average monthly expenses from Line 18 above | $ | 4,288.00 |
| c.   Monthly net income (a. minus b.) | $ | -2,203.55 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William P DeBruyn**                                                    Case No.
                                            _____                      Chapter    **7**    _____
                                               Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **46**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 29, 2011**                     Signature   **/s/ William P DeBruyn**
                                                           **William P DeBruyn**
                                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William P DeBruyn**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

2

### 3. Payments to creditors

None
■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **1414-1416 Irving Park LLC** | **5343** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2002-2007** |
| **1555 Montana LLC** | **3819** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2003-2008** |
| **2035 W. Arthur LLC** | **4168** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2004 -2008** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **2219-2223 West Belmont LLC** | **8725** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2004-2009** |
| **2236-2240 Belmont LLC** | **2659** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2002-2010** |
| **2672 Halsted LLC** | **7348** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2005-2008** |
| **Centerstone Development Group, Inc.** | **2242** | **869 E.Schaumburg Road, Suite 193 Schaumburg, IL 60194** | **real estate development** | **2000- current** |
| **2208 W. Lawrence LLC** | **4138** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2004-2009** |
| **6436-6442 Leavitt LLC** | **9007** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2003-2009** |
| **2825 N. Oakley LLC** | **3724** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2005- 2010** |
| **1540 W. Fullerton** | **8475** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2006-2008** |
| **2435 W. Belmont LLC** | **5804** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2005-2008** |
| **1718 N. Clybourn LLC** | **8680** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2006-2010** |
| **Online Personal Services** | **7399** | **1043 Florida Lane Elk Grove Village, IL 60007** | | **1994- current** |
| **Belmont-Western** | **5802** | **1043 Florida Lane Elk Grove Village, IL 60007** | **real estate development** | **2005 -2008** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                      DATES SERVICES RENDERED

7

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                       (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                                 NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                              DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                                 DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,               DATE AND PURPOSE                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR      OF WITHDRAWAL                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 29, 2011**                    Signature    **/s/ William P DeBruyn**

**William P DeBruyn**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William P DeBruyn**

Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 29, 2011**

Signature  **/s/ William P DeBruyn**

**William P DeBruyn**

Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William P DeBruyn**                                              Case No.

_____
Debtor(s)                              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■  Debtor        ☐  Other (specify):

3.    The source of compensation to be paid to me is:

   ■  Debtor        ☐  Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 29, 2011**                          **/s/ David Freydin**
                                                       **David Freydin**
                                                       **Law Offices of David Freydin, Ltd.**
                                                       **4433 West Touhy**
                                                       **Suite 405**
                                                       **Lincolnwood, IL 60712**
                                                       **888-536-6607  Fax: 866-575-3765**
                                                       **david.freydin@freydinlaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William P DeBruyn**                                    Case No.

_____   Chapter   **7**
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **William P DeBruyn** | X  **/s/ William P DeBruyn**          **March 29, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)          Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William P DeBruyn** _____   Case No. _____
                                          Debtor(s)          Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **216**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 29, 2011** _____   **/s/ William P DeBruyn** _____
                                                      **William P DeBruyn**
                                                      Signature of Debtor

.

2435 W Belmont Development
333 W Wacker Dr, Suite 1600
Chicago, IL 60606


A B Hardwood Flooring, Inc.
2238 N 73rd Court
Elmwood Park, IL 60707


A.M & P.M. Plumbing
c/o David Richardson
4258 W. 63rd St.
Chicago, IL 60629


Aces Environmental Consulting Group
Jay Levy
P.O. Box 1181
Evanston, IL 60201


Adam Whiteman, Whiteman Law Office
118 N Clinton St, #100-17
Chicago, IL 60661


Advance Refrigeration Co
1177 Industrial Drive
Bensenville, IL 60106


Aetna
P.O. Box 981107
El Paso, TX 79998


Affiliated Radiologists SC
Dept 4104
Carol Stream, IL 60122-4104


Africk Chez PC
770 Lake Cook Rd.
Suite 350
Deerfield, IL 60015


Albany Bank and Trust Company
c/o Jeffrey W. Finke
55 West Wacker Drive, Suite 1400
Chicago, IL 60601

Albany Park
55 West Wacker Drive, #1400
Chicago, IL 60601

Alec Coxe
1901 Dayton St
Chicago, IL 60614

Alert Protective Services
3833 N Cicero Ave
Chicago, IL 60641

Alexian Brothers
800 Biesterfield
Elk Grove Village, IL 60007

Alexian Brothers
3350 Salt Creek Lane
Arlington Heights, IL 60005

Alma Property Management
1732 W Wise Rd
Schaumburg, IL 60193

AMCA
4 Westchester Plaza, Building 4
Elmsford, NY 10523

American Express
PO BOX 53852
Phoenix, AZ 85072-3852

American Medical Collection Agency
P.O. Box 1234
Elmsford, NY 10523

Andy Demonz
c/o C-Tec
3023 N Clark St, Suite #140
Chicago, IL 60657

Antique Place Condo Assoc.
c/o Melissa Goldberg
2238 W Belmont #4C
Chicago, IL 60618

Antique Place Condo Association
c/o Pittacora & Crotty
223 W. Jackson, Unit 412
Chicago, IL 60606


Anvaar Nasirov
6507 N Greenview Ave
Chicago, IL 60626


Armor System Corp.
1700 Kiefer Dr, #1
Zion, IL 60099


Assurant Health
P.O. Box 1599
Boise, ID 83701


AT & T, Inc.
PO Box 8100
Aurora, IL 60507


Axis Response Group, LLC
PO BOX 597379
Chicago, IL 60659


Azodina Faramarz M
15 Salt Creek Ln, #207
Hinsdale, IL 60521


B Lane Hasler P.C.
1530 S. State St., #17A
Chicago, IL 60605


Bank of America
P.O. BOX 5170
Simi Valley, CA 93062


Bank of America
PO BOX 53150
Phoenix, AZ 85072


Bank of America Home Loans
AZ1-807-01-19
1515 W. 14th St.
Tempe, AZ 85281

Barmann, Bohle, Jacobi Cieslik
200 E. Court St.
Suite 602
Kankakee, IL 60901


Belmont Investor
1502 W Chicago Ave
Chicago, IL 60622


Belmont Investor
c/o Valerie Haugh
525 Dee ln #200
Roselle, IL 60172


Bill Sanderic
1200 199th St
Whiting, IN 46394


Bob & Sharon McCarthy
965 Lambrecht Road
Frankfort, IL 60423


Bob Redlinski
4641 Laurel Ave
Glenview, IL 60025


Built Best Fence Co., Inc.
615 W Factory Rd
Addison, IL 60101


C-Tek
3023 N Clark St. Suite 140
Chicago, IL 60657


Cacciatore Victor J
527 S Wells
Chicago, IL 60607


Carroll Hartigan Ltd.
218 N Jefferson #201
Chicago, IL 60661


CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Central Door Distributor
150 State Street
Calumet City, IL 60409


Check Collection of America
2650 Fountainview, #225
Houston, TX 77057


Cherise Kennerly
c/o ROI Marketing
223 Brampton Lane
Lake Forest, IL 60045


Chicago Building Products
c/o James E. West
2111 W Belle Plaine
Chicago, IL 60618


Chicago Title Land Trust Com
171 N Clark #575
Chicago, IL 60601


Chicago Town Construction
Thomas D Resnick
345 N Quentin Rd
Palatine, IL 60067


Children's Health Associates
800 Biesterfield, #105
Elk Grove Village, IL 60007


CitiBank, N.A.
PO Box 790110
Saint Louis, MO 63179-0110


CitiBank, N.A.
PO Box 790110
Saint Louis, MO 63179-0110


City of Chicago
Administrative Hearings Collections
121 N. LaSalle St., Room 107A
Chicago, IL 60602

Clerical Guru Inc.
2010 Lavigne Lane
Northbrook, IL 60062


Codilis & Associates, PC
15W030 North Frontage Road
Suite 100
Willowbrook, IL 60527


Codilis & Associates, PC
15W030 North Frontage Road
Suite 100
Willowbrook, IL 60527


Commercial Recovery Corp
9298 Central Ave NE, #310
Minneapolis, MN 55434


Computer Credit, Inc.
Claims Department 009500
640 West Fourth Street
Winston Salem, NC 27113


Computer Credit, Inc.
640 E. Fourth St.
P.O. Box 5238
Winston Salem, NC 27113


Conrad Delatour Associates
1221 E Rand Rd
Des Plaines, IL 60016


Constant J Centella
14720 Route 173
Zion, IL 60099


Contractors Access Equipment
Juan Gentil, 2222 S Halsted
Chicago, IL 60608


Contractors Access Equipment
222 S Halsted St
Chicago, IL 60608

Cook County Treasurer
118 N. Clark Street, Suite 112
Chicago, IL 60602

Cook County's State Attorney
Bad Check Restitution Program
P.O. Box A3984
Chicago, IL 60690

Corp-Link Services, Inc
118 W Edwards St, #200
Springfield, IL 62704

Crane Solution
303 West Madison Suite 1925
Chicago, IL 60606

Credit America
101 Grovers Mill Rd, #303
Lawrenceville, NJ

Credit Collection Services
Two Wells Avenue
Dept 9136
Newton Center, MA 02459

Dailey Electric Co., Inc.
702 S Vermont
Palatine, IL 60074

David Chaiken
111 W Washington St, # 823
Chicago, IL 60602

Delias
c/o Check Collection of America
2650 Fountainview, #225
Houston, TX 77057

DeLuxe Business Checks
9298 Central Ave NE # 310
Minneapolis, MN 55434

DemoX Inc.
1618 Stodart Ave
Wheaton, IL 60187


Dewey & Leboeuf LLP
180 N Stetson Ave
Chicago, IL 60601


Donald Arenson
c/o Merchants Credit Guide Co
223 W Jackson Blvd, #400
Chicago, IL 60606


Elk Grove Radiology
75 Remittance Dr, #6500
Chicago, IL 60675


First Source
7650 Magna Dr
Belleville, IL 62223


Frank Bucchi
c/o Polachek & Polachek
1000 Hart Rd, #300
Barrington, IL 60010


Fred R. Harbecke
29 South LaSalle St.
Suite 945
Chicago, IL 60603-1526


Gilbert Y. Liss
39 S LaSalle St, #605
Chicago, IL 60603


GLM Financial Group
20856 N Rand Rd
Barrington, IL 60010


GMAC Mortgage
3451 Hammond Ave.
PO BOX 780
Waterloo, IA 50704-0780

GMAC Mortgage
P.O. BOX 4622
Waterloo, IA 50704


Goodwin & Bryan, LLP
P.O. Box 26094
Fairview Park, OH 44126


Gordon and Pikarski
303 W. Madison
Suite 1800
Chicago, IL 60606


Granite Fab
Barone & Jenkins
635 Butterfield Rd, #145
Villa Park, IL 60181


Greco's Landscaping
P.O. Box 56187
Chicago, IL 60656


Gross Boyle LLC
15 Salt Creek Ln #207
Hinsdale, IL 60521


H.E. Stark Agency Inc.
6425 Odana Rd
Madison, WI 53719


Harmata Jozef
c/o Kipnis Khan & Bruggeman
20 N Clark St
Chicago, IL 60602


Harris & Harris
222 Merchandise Plaza #1900
Chicago, IL 60645


Heller Lumber Co., Inc.
24 N Hickory Ave
Arlington Heights, IL 60004

Higgins Road Sales, Inc
c/o Robert E. Neiman
77 W Wacker Dr. Suite 200
Chicago, IL 60601


ICS Collection Services
PO Box 1010
Tinley Park, IL 60477-9110


IDM Group
832 W Erie St
Chicago, IL 60642


Illinois Collection Services
PO BOX 1010
Tinley Park, IL 60477-9110


Insutech
3601 S Wood Street
Chicago, IL 60632


J K Financial Company
John Karambelas
7 Sorrento Dr
Palos Heights, IL 60463


James A. West P.C.
6380 Rogerdale Rd, #130
Houston, TX 77072


James M. Manenski
710 San Ysidro Blvd, #4410
San Ysidro, CA 92173


JC Penny
P.O. Box 10001
Dallas, TX 75301


Jeff Finke
55 W Wacker Dr, #1400
Chicago, IL 60601


Jeffrey S Burns
20 S Clark St, #2310
Chicago, IL 60603

John Duffy/Attorney
180 N LaSalle St, #1400
Chicago, IL

John Karambelas
7 Sorrento Dr
Palos Heights, IL 60463

John O'Leary
20 S Clark St, #500
Chicago, IL 60603

John Spot Portable
5130 N Elston Ave
Chicago, IL 60630

Joseph A. Baldi and Associates
c/o Donna Wallace
19 S. LaSalle Suite 1500
Chicago, IL 60603

Joseph Q Lou
4001 W. Devon
Suite 201
Chicago, IL 60646

Kaplan, Von Ohlen & Massanmillo LLC
12 N LaSalle St, 24th Floor
Chicago, IL 60602

Kevin Barry Attorney
1505 Reidel Dr
Mundelein, IL 60060

Keynote Consulting, Inc.
220 W Campus Rd, #102
Arlington Heights, IL 60004

Kipnis Khan & Bruggeman
20 N Clark St
Chicago, IL 60602

Kolnicki, Peterson, Wirth, LLC
1400 Opus Place, #100
Downers Grove, IL 60515

Lake Point Terrace LLC
c/o Mark Graff
217 Dorchester
Waukegan, IL 60085


Lake Point Terrace LLC
c/o Mark Graff
217 Dorchester Ct
Waukegan, IL 60085


Lakeshore Spine & Pain
5511 W U.S. 10
Ludington, MI 49431


Lakeside Bank Community Development
c/o Vincent J. Tolve
55 W. Wacker Dr
Chicago, IL 60601


Law Offices Serota, Avis & Assoc.
P.O. BOX 1008
Arlington Heights, IL 60006


Lawrence Nathaniel
2835 N Sheffield Ave
Chicago, IL 60657


Lee Lumber
3259 N Kedzie Ave
Chicago, IL 60618


Lexington Green  Condo
P.O. Box 589
Itasca, IL 60143


Lexington Green Condo Association
890 East Higgins Rd, #154
Schaumburg, IL 60173


Lifetime Fitness
900 E Higgins Rd
Schaumburg, IL 60173

LIM in Sook
c/o Rotman Elovitz
134 N LaSalle St
Chicago, IL 60602


Lincoln Park Savings Bank
1946 W Irving Park Rd
Chicago, IL 60613


Lohmar Law Offices
111 W. Washington
Suite 823
Chicago, IL 60602


Macedonio Luna
c/o Jeffrey Deutschman
77 W. Washington Suite 1525
Chicago, IL 60602


Mages & Price
707 Lake Cook Rd, #314
Deerfield, IL 60015


Malcolm S. Gerald and Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604


Malcolm S. Gerald and Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604


Mark Graff
217 Dorchester Court
Waukegan, IL 60085


Martha Wallis
100 Citibank Dr
San Antonio, TX 78245


Medical Care Group
P.O. Box 0404
Des Plaines, IL 60016

Medical Care Group Ltd.
600 S Paulina St #130
Chicago, IL 60612-3806


Medical Recovery Specialists, Inc.
2250 E. Devon Ave., Suite 352
Des Plaines, IL 60018


Mehul Shani
134 N LaSalle St, Suite 1930
Chicago, IL 60602


Merchants Credit Guide Co.
223 W Jackson Blvd #410
Chicago, IL 60606


Merchants Credit Guide Co.
223 W Jackson Blvd #410
Chicago, IL 60606


Merchants Credit Guide Co.
223 W Jackson Blvd #410
Chicago, IL 60606


Merril Lynch
One North Wacker Dr
Chicago, IL 60606


Merrimack Mutual Fire, Inc.
c/o Suburban Insurance Const, Inc
2170 Pointe Blvd, #600
Elgin, IL 60123


Michael H. Nadler
20 Barnard Lane
Highland Park, IL 60035


Morgante Wilson Architects, Ltd.
2834 Central St
Evanston, IL 60201-1222


MQC Collection Service
PO BOX 140700
Toledo, OH 43614

Music & Art Centers
Collections Department
P.O. Box 351
Frederick, MD 21703


Nationwide Credit & Collection, Inc
P.O. Box 3159
Hinsdale, IL 60522


Nautilius Insurance
c/o Brenna & Clark
721 E. Madison, Suite 200
Villa Park, IL 60181


NCO Finacial Systems
P. O. Box 15889
Wilmington, DE 19850


New 35th & Western Currency Exchang
3500 S Western Ave
Chicago, IL 60609


New City Bank
900 S Michigan Ave
Chicago, IL 60605


Ninh Ma, Ltd
5041 N Broadway, Suite #200
Chicago, IL 60640


North Star Trust Co
500 W. Madison St
#3150
Chicago, IL 60661


Northbrook Bank & Trust
Loan Department
1100 Waukeegan Rd
Northbrook, IL 60062


Northside Community Bank
205 W Wacker Dr #2
Chicago, IL 60606

Northwest Community Hospital
PO BOX 95698
Chicago, IL 60694-5698


Northwest Rheumatology
800 Biesterfield Rd, #4003
Elk Grove Village, IL 60007


Nova Urgent Care
21785 Filigree Ct, #100
Ashburn, VA 20147


onShore Networks, LLC
1407 W Chicago Ave
Chicago, IL 60642


Park National Bank Trust
2958 N. Milwaukee Ave
Chicago, IL 60618


Parkway Bank and Trust
4800 N. Harlem Ave.
Harwood Heights, IL 60706


Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Phieu Tran, Kien Tran, Sam Trinh
6728 N Monticello Ave
Lincolnwood, IL 60712


Phil Cohen and Edward Reed
c/o Fred Harbecke
29 S. LaSalle St., Suite 945
Chicago, IL 60603


Phil Cohen/Reed Edwards
c/o Fred Harbecke
29 S LaSalle St, #945
Chicago, IL 60603

Pioneer Engineering & Enviromental
700 N Sacramento Blvd #101
Chicago, IL 60612


Pittacora & Crotty, LLC
9550 W Bormet Dr, Suite 205
Mokena, IL 60448


Polachek & Polachek
1000 Hart Rd. #300
Barrington, IL 60010


Prafulla Koneru
1555 N Barrington Rd, #540
Hoffman Estates, IL 60169


Professional Recovery Consultants
2700 Meridian Parkway
Suite 200
Durham, NC 27713


Professionals Associated Survey Inc
7100 Tripp Ave
Lincolnwood, IL 60712


Quest Diagnostics
P.O.Box 809403
Chicago, IL 60680


Raven Pick
11 n. Schoenbeck Rd
Prospect Heights, IL 60070


RCN
c/o Goodwin & Bryan, LLP
P.O. Box 26094
Fairview Park, OH 44126


RCS
P.O. Box 77229
Westchester, IL 60154


Robert Orman
One North LaSalle St , # 1775
Chicago, IL 60602

Roberts and Weddle, LLC
111 N Canal #885
Chicago, IL 60606


ROI Marketing
223 Brampton Lane
Lake Forest, IL 60045


Rotman Elovitz Ltd.
134 N LaSalle St
Suite 200
Chicago, IL 60602


Rush University Medical Center
1700 West Van Buren St.
Suite 161 TOB
Chicago, IL 60612-3244


Rush University Medical Center
1700 West Van Buren St.
Suite 161 TOB
Chicago, IL 60612-3244


Rush University Medical Center
1700 West Van Buren St.
Suite 161 TOB
Chicago, IL 60612-3244


Rush University Medical Center
75 Remittance Dr.
Dept. 1611
Chicago, IL 60675-6379


Sam Fakhouri
1820 Ridge Rd, Suite #217
Homewood, IL 60430


Schaaf Windows
Hoogendoorn & Talbot LLC
122 S. Michigan Suite 1220
Chicago, IL 60603


Schain, Burney, Ross & Citron, Ltd.
222 N LaSalle St, #1910
Chicago, IL 60601

Scott & Kraus LLC
150 S Wacker #2900
Chicago, IL 60606


Soto Insulation, Inc.
4323 S Western Blvd
Chicago, IL 60609-3012


SP Engineers Ltd.
c/o Michael A. Manges
7246 W Touhy Ave
Chicago, IL 60631


State Collection Services
628 North St
Geneva, IL 60134


Steven T. Adelstein
1585 N Barrington Rd, #503
Hoffman Estates, IL 60169


Suburban Insurance Cons, Inc.
2170 Pointe Blvd, #600
Elgin, IL 60123


Supera Family, LLC
c/o Donald J Russ, JR
30 S Wacker Dr, #2600
Chicago, IL 60606


Supera Family, LLC
c/o Donald J. Russ, JR
30 S Wacker Dr, #2600
Chicago, IL 60606


Swanson, Martin & Bell LLP
330 N Wabash Ave
Chicago, IL 60611


Swanson, Martin & Bell LLP
330 N Wabash Ave
Chicago, IL 60611

Tempo Components
110 Brennan Dr
Kirkland, IL 60146


The Blueprint Shoppe
5130 N Elston Ave
Chicago, IL 60630


The Cheat Kaplan Blaim Firm
30 N LaSalle St, #1520
Chicago, IL 60602


The Medical Care Group
P.O. Box 0404
Des Plaines, IL 60016


Tom Welsh
W P Myers Architecture
1322 E 49th Street
Chicago, IL 60615


Town Square Condominium
1732 W. Wise Rd
Schaumburg, IL 60193


Tran Phiu
7628 N Monticell Ave
Lincolnwood, IL 60712


Transworld Systems
P.O. Box 15520
Wilmington, DE 19850


True Green
525 Busse Highway
Park Ridge, IL 60068


Trustmark Recovery Services
541 Otis Bowen Dr
Munster, IN 46321


University Pathologists, PC
c/o Robert Patrick Decrese
1653 W. Congress Parkway
Chicago, IL 60612

Urchell and Associates
10442 S Talman Ave
Chicago, IL 60655


Village of Schaumburg
101 Schaumburg Ct
Schaumburg, IL 60193


Washington Mutual
PO Box 78065
Phoenix, AZ 85062-8065


Wexford Equity Partners
c/o National Registered Agents
200 West Adams St.
Chicago, IL 60606


Wexler & Wexler, LLC
500 W Madison St, #2910
Chicago, IL


Wm F. Meyer Co.
Alschuler, Simantz & Hem
1961 W. Downer Place
Aurora, IL 60506


Wrightwood Park Terrace Condo Assoc
c/o Tom Porter
1555 Montana St., Unit 2N
Chicago, IL 60614


Yaroslav Komarskyy
2105 W Chicago Ave
Chicago, IL 60622